IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:14CR440 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| GHANA JOHNSON, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | CORPUS AD PROSEQUENDUM |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, Miranda E. Dugi, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that GHANA JOHNSON is now confined in the Cuyahoga County Jail Cleveland, Ohio, and is in the custody of the Sheriff for said Institution.

Your petitioner further shows to the Court that the defendant pleaded guilty to the Indictment in this District in the instant case, and is to appear for Sentencing on October 22, 2015, at 11:30 a.m. in the United States District Court for the Northern District of Ohio, Eastern Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Cleveland, and/or the Cuyahoga County Jail to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, be returned to said custodian under safe and secure conduct.

        Respectfully submitted,

        STEVEN M. DETTELBACH
        United States Attorney

By:  /s/ Miranda E. Dugi
      Miranda E. Dugi (NY: 5140546)
      Assistant United States Attorney
      United States Court House
      801 West Superior Avenue, Suite 400
      Cleveland, OH 44113
      (216) 622-3844
      (216) 522-2403 (facsimile)
      Miranda.Dugi@usdoj.gov

I, Miranda E. Dugi, do declare under penalty of perjury that the foregoing is true and correct.

        s/ Miranda E. Dugi
        Miranda E. Dugi
        Assistant United States Attorney

Executed on October 8, 2015.